NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN M. STERLING,                     )
                                         )
      Appellant,                         )
                                         )
v.                                       )          Case No. 2D19-882
                                         )
STATE OF FLORIDA,                        )
                                         )
      Appellee.                          )
_____ )

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; William H. Burgess,
Judge.


PER CURIAM.

      Affirmed.


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.